In the Matter of TALAKKOTTUR R. DAVID, Appellant; DEPARTMENTAL DISCIPLINARY COMMITTEE FOR THE FIRST JUDICIAL DEPARTMENT, Respondent.

Submitted March 3, 2014; decided April 8, 2014

Motion for reargument of motion for leave to appeal denied [*see* 22 NY3d 859 (2014)].

RICHARD DIXSON, Respondent, v WATERWAYS AT BAY POINTE HOME OWNERS ASSOCIATION, INC., et al., Defendants and Third-Party Plaintiffs-Appellants. ARTHUR HACKERT PAINTING, INC., Third-Party Defendant-Respondent.

Submitted February 24, 2014; decided April 8, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

AARON ELKIN, Appellant, v ANDREA LABIS, Respondent.

Submitted February 24, 2014; decided April 8, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.